IN THE MATTER OF THE ESTATE OF EUGENE MORI.

September 11, 1987.

Petition for certification denied.

ARTHUR W. DISALVO v. MICHAEL J. MELLA, P.A.

September 11, 1987.

Petition for certification denied.

ALFRED J. BARTOLOMUCCI v. GORDON KOSOVAN.

September 11, 1987.

Petition for certification denied.

QUALITY CENTERS OF FLEMINGTON, A FLORIDA PARTNER-
SHIP v. FLEMINGTON BOROUGH, FLEMINGTON BOROUGH
BOARD OF ADJUSTMENT.

September 11, 1987.

Petition for certification denied.